# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**OSSIE LUCY, JR.,**
**D.O.C. # 093605,**

    **Plaintiff,**

vs.                                              **Case No. 4:19cv538-WS-MAF**

**WARDEN JIMMY CORKER,**
**HEALTH ADMINISTRATOR**
**E. HAND, and MEDICAL DIRECTOR**
**DR. R. LAFONTANT,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a state prisoner proceeding pro se and with in forma pauperis status, has filed an amended complaint, ECF No. 33. The amended complaint has been reviewed as required by 28 U.S.C. § 1915A to determine if it states a claim. Indeed, it does not. Plaintiff's amended complaint fares no better than his original complaint, ECF No. 1, which was filed in late October 2019.

It appears that Plaintiff is unable to articulate a set of facts which demonstrates that a specific Defendant has violated his constitutional

rights.  Plaintiff's amended complaint is unintelligible and incomprehensible.  Although it appears Plaintiff is in need of mental health treatment, it does not appear that he can pursue a civil rights action at this time.  Plaintiff's amended complaint does not show his constitutional rights have been violated by any named Defendant.  Dismissal is appropriate.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, ECF No. 33, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the Order adopting this Report and Recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on May 7, 2020.

 S/    Martin A. Fitzpatrick  
**MARTIN A. FITZPATRICK**  
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.