IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSSIE LUCY, JR.,
D.O.C # 093605,

     Plaintiff,

v.                                                             4:19cv538–WS/MAF

WARDEN JIMMY CORKER,
HEALTH ADMINISTRATOR E.
HAND, and MEDICAL DIRECTOR DR.
R. LAFONTANT,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 34) docketed May 7, 2020. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim on which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 34) is

hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to

state a claim pursuant to 28 U.S.C. § 1915A and § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to

28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ___12th___ day of ___June___, 2020.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE